# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| XL Specialty Insurance Company, | Civil No. 05-1679 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| Brainerd Helicopter Service, Inc., Estate of Charles L. Edgar, Estate of John M. Greeno, Estate of Jose Victor Gonzalez, United States Department of Agriculture Forest Service, | |
| Defendants. | |

Having concluded that oral argument will not materially assist the Court in resolving Plaintiff's pending Motion for Default Judgment as to Defendant Estate of Jose Gonzalez, **IT IS ORDERED**:

1. The July 28, 2006 hearing in Duluth, Minnesota, is **CANCELED**;

2. The Motion for Default Judgment is taken under advisement without oral argument; and

3. It appears to the Court that the Defendant Estate of Jose Gonzalez has been served with the Summons and Complaint, and has failed to plead or otherwise defend this action, the Clerk of Court is **DIRECTED TO ENTER DEFENDANT ESTATE OF JOSE GONZALEZ's DEFAULT**.

Dated: July 24, 2006

              s/Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge