## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| XL Specialty Insurance Company, | Court File No: 05-1679 (RHK/RLE) |
| Plaintiff, | |
| vs. | |
| Brainerd Helicopter Service, Inc., Estate of Charles L. Edgar, Estate of John M. Greeno, Estate of Jose Victor Gonzalez, | **ORDER ALLOWING CONVENTIONAL FILING** |
| Defendants. | |

---

This matter came before the undersigned United States District Court Judge upon Plaintiff's request to file the exhibits to the Affidavit of Michael C. Lindberg in support of its Motion for Summary Judgment conventionally due to the large volume. Good cause has been shown for conventional filing, and **IT IS HEREBY ORDERED** that plaintiff is allowed to file the exhibits to its Memorandum conventionally.

**BY THE COURT:**

Dated: August 15, 2006           s/Richard H. Kyle
                                 Honorable Richard H. Kyle
                                 United States District Court Judge