# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

XL Specialty Insurance Company,

                Plaintiff,              Civil No. 05-1679 (RHK/RLE)

vs.                                **ORDER**

Brainerd Helicopter Service, Inc., et al.,

                Defendants.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                           s/Richard H. Kyle
                           RICHARD H. KYLE
                           United States District Judge